Form 237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lynn M. MacMurdo** | : | Case No. 13−23797−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for | : : | |
| Pretium Mortgage Acquisition Trust | : | Related to Claim No. 6 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Lynn M. MacMurdo | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

### ORDER

      **AND NOW**, this **12th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust* at Claim No. 6 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 13-23797-CMB
Lynn M. MacMurdo                                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Jan 12, 2017
                       Form ID: 237   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db            Lynn M. MacMurdo,   716 Fifth Street, Patterson Heights,   Beaver Falls, PA  15010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
              Danielle   Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Selene Finance debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Jeremy J.   Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph A.   Dessoye    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Joseph P.   Schalk    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W.   McElrath, Jr.    on behalf of Debtor Lynn M. MacMurdo ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J.   Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9