**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

08/10/2018

IN RE:

LYNN M. MACMURDO
716 FIFTH STREET, PATTERSON HEIGHTS
BEAVER FALLS,  PA  15010
XXX-XX-0455            Debtor(s)

Case No.13-23797 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/10/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  82.66<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE<br>STE 400 SOUTH*<br>HOUSTON, TX  77042 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*632.28/PL*FR CITI*DOC 65*BGN 10/13 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  7983 |
| **BAC HOME LOAN SERVICING LP**<br>7105 CORPORATE DR<br>PLANO, TX  75024 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~REPO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3833 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA  15009-2194 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  1615 |
| **BEAVER VALLEY FCU***<br>71 BRIDGE ST*<br>BRIDGEWATER, PA  15009 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  102.87<br>COMMENT:  BOSCOVS*FR CAP ONE*DOC 53 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9532 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH  43054 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9339 |
| **FASHION BUG++**<br>4661 EAST MAIN STREET<br>COLUMBUS, OH  43213 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **FIA CARD SERVICES**<br>POB 15019<br>WILMINGTON, DE  19850 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **FIRST USA BANK++**<br>POB 8650<br><br>WILMINGTON, DE 19899 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br><br>PHOENIX, AZ 85062 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~REPO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8603 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GEMB / OLD NAVY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **GLOBAL PAYMENTS CHECK SVCS INC**<br>PO BOX 661158<br><br>CHICAGO, IL 60666 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: L716 |
| **GLOBAL PAYMENTS CHECK SVCS INC**<br>PO BOX 661158<br><br>CHICAGO, IL 60666 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1601 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 143.44<br>COMMENT: KOHLS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0738 |
| **LANE BRYANT**<br>POB 182121<br><br>COLUMBUS, OH 43218 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **NCO FINANCIAL SYSTEMS INC**++**<br>POB 17116<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **PHELAN HALLINAN LLP**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 3,995.06<br>COMMENT: CITIBANK*STALE*TEE 2 OBJ | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2658 |
| **REAL TIME RESOLUTIONS INC(*)**<br>PO BOX 35888<br><br>DALLAS, TX 75235 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 33,412.26<br>COMMENT: SURR/PL*RS/OE*2ND MRTG*NO$~REPO/SCH*BNY MELLON*INSUFF DOC*TEE 2 OI | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3841 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE<br>STE 400 SOUTH*<br>HOUSTON, TX 77042 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 8,072.66<br>COMMENT: CL6GOVS*6175/PL*FR CITI*DOC 65*THRU 9/13 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7983 |