2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-23797-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Lynn M. MacMurdo
716 Fifth Street, Patterson Heights
Beaver Falls PA 15010

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/28/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: Wilmington Savings Fund Society et al, c/o Selene Finance, 9990 Richmond Ave, Suite 400S, Houston, TX 70042

Name and Address of Transferee:

Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/30/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lynn M. MacMurdo  
    Debtor

Case No. 13-23797-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Aug 28, 2018  
                                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.  
14152192        +Wilmington Savings Fund Society et al,   c/o Selene Finance,   9990 Richmond Ave, Suite 400S,   Houston, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:  
       Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o Selene Finance debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
       Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
       Joseph A. Dessoye    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com  
       Joseph P. Schalk    on behalf of Creditor    CITIMORTGAGE, INC. jschalk@barley.com, sromig@barley.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Debtor Lynn M. MacMurdo ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                  TOTAL: 9