**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  LYNN M. MACMURDO | Case No.13-23797CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>       vs.<br>LYNN M. MACMURDO | Chapter 13<br><br>Related to:<br>Document No. __78__ |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __11th__ day of __September__, 20__18__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Vanport Township Municipal Authority
Attn: Payroll Manager
285 River Ave
Beaver, PA 15009

is hereby ordered to immediately terminate the attachment of the wages of LYNN M. MACMURDO, social security number XXX-XX-0455. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LYNN M. MACMURDO.

~~FURTHER ORDERED~~:

cc: Debtor(s)
  Debtor(s) Attorney
  Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_   **kmt**
Carlota M. Böhm
UNITED STATES BANKRUPTCY JUDGE

FILED
9/11/18 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lynn M. MacMurdo  
    Debtor

Case No. 13-23797-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Sep 11, 2018  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.  
db           Lynn M. MacMurdo,    716 Fifth Street, Patterson Heights,    Beaver Falls, PA   15010  
             +Vanport Township Municipal Authority,    Attn: Payroll Manager,    285 River Avenue,     Beaver, PA 15009-1797

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:  
         Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o Selene Finance debersole@hoflawgroup.com,    bbleming@hoflawgroup.com  
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Joseph A. Dessoye    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com  
         Joseph P. Schalk    on behalf of Creditor    CITIMORTGAGE, INC. jschalk@barley.com, sromig@barley.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Lynn M. MacMurdo ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                           TOTAL: 9