**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **LYNN M. MACMURDO** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **13-23797CMB** |

# Form 4100N
## Notice of Final Cure Payment          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | FV-1 INC I/T/F MORGAN STANLEY MTG |
| Court claim no. (if known): | 6 |
| Last 4 digits of any number you use to identify the debtor's account | 8 7 0 2 |
| Property Address: | 716 FIFTH ST<br>BEAVER FALLS PA 15010 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**              Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 8,072.66 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 8,072.66 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 8,072.66 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                           $    $639.75

The next postpetition payment is due on   10 / 1 / 2018
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Form 4100N            **Notice of Final Cure Payment**            page 1

| Debtor 1 | **LYNN M. MACMURDO** | Case number *(if known)* | **13-23797CMB** |
|---|---|---|---|
| | Name | | |

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour
Signature

Date  11/13/2018

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | LYNN M. MACMURDO | Case number *(if known)* | 13-23797CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 07/28/2015 | 0951623 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 184.56 |
| 10/26/2015 | 0963577 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 660.64 |
| 02/24/2016 | 0982780 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 226.30 |
| 03/28/2016 | 0986851 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 155.28 |
| 04/22/2016 | 0991002 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 155.28 |
| 05/24/2016 | 0994959 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 155.28 |
| 06/27/2016 | 1003725 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 356.81 |
| 07/26/2016 | 1007681 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 158.57 |
| 08/26/2016 | 1011742 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 158.57 |
| 09/27/2016 | 1015674 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 356.81 |
| 10/26/2016 | 1019150 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 158.57 |
| 11/21/2016 | 1022377 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 347.54 |
| 12/21/2016 | 1025735 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 151.16 |
| 01/27/2017 | 1029255 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 151.16 |
| 02/24/2017 | 1032606 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 350.63 |
| 03/28/2017 | 1036058 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 941.62 |
| 07/25/2017 | 1049293 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 15.50 |
| 08/25/2017 | 1052649 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 304.42 |
| 09/26/2017 | 1055991 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 154.01 |
| 10/25/2017 | 1059330 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 154.01 |
| 11/21/2017 | 1062551 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 344.21 |
| 12/21/2017 | 1065913 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 147.42 |
| 01/25/2018 | 1069175 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 147.42 |
| 02/23/2018 | 1072342 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,131.38 |
| 03/28/2018 | 1075560 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 147.42 |
| 04/24/2018 | 1078777 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 345.24 |
| 09/25/2018 | 1093036 | FV-1 INC I/T/F MORGAN STANLEY MTG CA | AMOUNTS DISBURSED TO CREDITOR | 512.85 |
| | | | | 8,072.66 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 12/23/2013 | 0873603 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 636.64 |
| 01/28/2014 | 0877641 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 738.92 |
| 02/25/2014 | 0881798 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 591.13 |
| 03/25/2014 | 0885826 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 698.99 |
| 04/25/2014 | 0889891 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 567.25 |
| 05/28/2014 | 0894036 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 580.25 |
| 06/25/2014 | 0898075 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 606.10 |
| 07/24/2014 | 0902194 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 761.93 |
| 08/26/2014 | 0906273 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 612.30 |
| 09/29/2014 | 0910326 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,382.23 |
| 11/24/2014 | 0918557 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 617.36 |
| 12/22/2014 | 0923183 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 773.01 |
| 01/27/2015 | 0927133 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 619.01 |
| 02/24/2015 | 0931305 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 661.24 |
| 03/26/2015 | 0935322 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 869.22 |
| 04/24/2015 | 0939463 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,450.11 |
| 05/26/2015 | 0943632 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 763.10 |
| 07/28/2015 | 0951623 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 1,600.89 |
| 09/28/2015 | 0959696 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 982.93 |
| 10/26/2015 | 0963577 | CITIMORTGAGE(*) | AMOUNTS DISBURSED TO CREDITOR | 915.35 |
| 12/22/2015 | 0974802 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 987.05 |
| 01/26/2016 | 0978873 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 789.64 |
| 02/24/2016 | 0982780 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 760.75 |
| 03/28/2016 | 0986851 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 04/22/2016 | 0991002 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 05/24/2016 | 0994959 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 06/27/2016 | 1003725 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 07/26/2016 | 1007681 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 08/26/2016 | 1011742 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 09/27/2016 | 1015674 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 10/26/2016 | 1019150 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 11/21/2016 | 1022377 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 12/21/2016 | 1025735 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |

Debtor 1   **LYNN M. MACMURDO**　　　　　　　　　　　　　　　Case number *(if known)* **13-23797CMB**
　　　　　　Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 01/27/2017 | 1029255 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 02/24/2017 | 1032606 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 03/28/2017 | 1036058 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 634.36 |
| 05/25/2017 | 1042616 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 981.90 |
| 06/27/2017 | 1046013 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 785.52 |
| 07/25/2017 | 1049293 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 770.02 |
| 08/25/2017 | 1052649 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 677.48 |
| 09/26/2017 | 1055991 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 10/25/2017 | 1059330 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 11/21/2017 | 1062551 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 12/21/2017 | 1065913 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 01/25/2018 | 1069175 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 02/23/2018 | 1072342 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 03/28/2018 | 1075560 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 04/24/2018 | 1078777 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 639.75 |
| 06/22/2018 | 1085178 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 787.99 |
| 07/26/2018 | 1088426 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 787.99 |
| 08/28/2018 | 1091643 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 983.02 |
| | | | | 38,104.00 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

LYNN M. MACMURDO
716 FIFTH STREET, PATTERSON HEIGHTS
BEAVER FALLS, PA  15010

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

FV-1 INC I/T/F MORGAN STANLEY MTG CAPITAL HOLDINGS LLC
C/O SHELLPOINT MORTGAGE SVCNG
PO BOX 10826
GREENVILLE, SC  29603-0675

SHELLPOINT MORTGAGE SERVICING
PO BOX 10675
GREENVILLE, SC  29603-0675

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


11/13/18                                              /s/ Renee Ward
                                                      Administrative Assistant
                                                      Office of the Chapter 13 Trustee