**Fill in this information to identify the case:**

Debtor 1: Lynn M MacMurdo

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 13-23797

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Morgan Stanley Mortgage Capital Holdings LLC

Last 4 digits of any number you use to identify the debtor's account: 8702

Court claim no: (if known) 6

Property address:
Number  Street
716 Fifth St Patterson Heights
Beaver Falls, PA 15010
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/18
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/___/___
MM / DD / YYYY

Debtor 1  **Lynn M MacMurdo**                                      Case number (*if known*) __13-23797__
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Carrie Dockter**                                      Date __11__/__27__/__18__
  Signature

Print   **Carrie**           **Dockter**           Title  **Bankruptcy Case Manager**
        First Name    Middle Name    Last Name

Company    __Shellpoint Mortgage Servicing__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __PO Box 10826__
           Number      Street

           __Greenville, SC 29603-0826__
           City              State   ZIP Code

Contact phone  ( __800__ ) __365__ – __7107__            Email __mtgbk@shellpointmtg.com__

Form 4100R                Response to Notice of Final Cure Payment                page 2

| | |
|---|---|
| Shellpoint Mortgage Servicing | Phone Number:   (800) 365-7107 |
| PO Box 10826 | Fax:   (866) 467-1137 |
| Greenville, SC  29603-0826 | Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    LYNN MACMURDO
      Debtor 2

Case No:   1323797

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 11/27/2018.

Western District of Pennsylvania, Pittsburgh Division
US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219


Paul W Mcelrath Jr
1641 Saw Mill Run Blvd
Pittsburgh, PA  15210


LYNN MACMURDO

716 FIFTH ST PATTERSON HEIGHTS
BEAVER FALLS PA 15010


/s/ Carrie Dockter